```
DEARIUS DASHAD HALL          I C SYSTEM                    PORTFOLIO RECOVERY
826 A WINDSOR DR NE          ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
MAGEE, MS 39111              P.O. BOX 64378                120 CORPORATE BLVD
                             ST. PAUL, MN 55164            NORFOLK, VA 23502

THOMAS C. ROLLINS, JR.       IRA BURNETT                   SELF FINANCIAL
THE ROLLINS LAW FIRM, PLLC   5330 N STATE ST               PO BOX 11
P.O. BOX 13767               LOT 118                       SOUTHLAKE, TX 76092
JACKSON, MS 39236            JACKSON, MS 39206

21ST MORTGAGE CORP           KEESLER FCU                   STEVEN PETERS
ATTN: BANKRUPTCY             P.O.BOX 7001                  826 A WINDSOR DR NE
620 MARKET STREET            BILOXI, MS 39531              MAGEE, MS 39111
KNOXVILLE, TN 37902

ABILITY RECOVERY             KLARNA                        SUNRISE CREDIT SERVICE
ATTN: BANKRUPTCY             PO BOX 8116                   ATTN: BANKRUPTCY
284 MAIN ST                  COLUMBUS, OH 43201            PO BOX 9004
DUPONT, PA 18641                                           MELVILLE, NY 11747

AFTERPAY                     LVNV FUNDING LLC              VERIZON WIRELESS
222 KEARNY ST #600           PO BOX 1269                   P.O.BOX 408
SAN FRANCISCO, CA 94103      GREENVILLE, SC 29602          NEWARK, NJ 07101

AMERICAN CREDIT              M.A.R.S. COLLECTION
ATTN: BANKRUPTCY             ATTN: BANKRUPTCY
961 E MAIN ST, FL 2          10830 EAST 45TH ST
SPARTANBURG,, SC 29302       STE 400
                             TULSA, OK 74146

CHIME                        MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY             ATTN: BANKRUPTCY
101 CALIFORNIA ST            PO BOX 939069
STE 500                      SAN DIEGO, CA 92193
SAN FRANCISCO, CA 94111

DEBT RECOVERY SOLUTION       MS DEPT OF REVENUE
ATTN: BANKRUPTCY             BANKRUPTCY SECTION
6800 JERICHO TURNPIKE        PO BOX 22808
STE 113E                     JACKSON, MS 39225-2808
SYOSSET, NY 11791

FLEX SHOPPER                 PERPAY
2700 N MILITARY TRAIL        2400 MARKET ST
STE 200                      STE 300
BOCA RATON, FL 33431         PHILADELPHIA, PA 19103
```