## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Dearius Dashad Hall, Debtor                    Case No. 26-00380-KMS
                                                          CHAPTER 13

### AMENDED NOTICE OF OBJECTON TO CLAIM

**You are hereby notified** that an objection to your claim has been filed in the above-referenced bankruptcy case.  Your claim may be reduced, modified, or eliminated.  If you do not want the Court to eliminate or change your claim, a written response to the attached objection to claim must be filed with:

Clerk, U.S Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr., U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

and a copy must be served on the undersigned Debtor's attorney and the case trustee on or before thirty (30) days from the date of this notice.  In the event a written response is filed, the court will notify you of the date, time, and place of the hearing thereon.

This date, March 4, 2026.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Dearius Dashad Hall, Debtor            Case No. 26-00380-KMS
                                                 **CHAPTER 13**

### OBJECTON TO PROOF OF CLAIM # 2 AS FILED BY KEESLER FEDERAL CREDIT UNION

COMES NOW Debtor, by and through counsel, and files this Objection to Proof of Claim # 2 as filed by Keesler Federal Credit Union on or about 2/24/2026 in the amount of $14,438.83 and would show that the court has held that upon information and belief, the collateral securing the loan was repossessed in 2022. That said Proof of Claim should be disallowed as filed.

This date, March 4, 2026.

                                    Respectfully submitted,

                                    By: /s/ Thomas C. Rollins, Jr.
                                        Thomas C. Rollins, Jr.
                                        Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com

**CERTIFICATE OF SERVICE**

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice of Objection and Objection were forwarded on March 4, 2026 to:

By first class mail, postage pre-paid:

    Keesler Federal Credit Union
    Attn: Melissa Martin
    P.O. Box 7001
    Biloxi, MS 39534

By Electronic CM/ECF Notice:

    Chapter 13 Case Trustee

    U.S. Trustee

                                                  /s/ Thomas C. Rollins, Jr.
                                                  Thomas C. Rollins, Jr.