## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    **Dearius Dashad Hall, Debtor**              **Case No. 26-00380-KMS**
                                                        **CHAPTER 13**

## MOTION TO DISBURSE FUNDS

COMES NOW, Thomas C. Rollins, Jr., and moves this Court to direct the disbursement of funds, and in support thereof, would show the Court as follows:

1. Debtor commenced this case by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. The Rollins Law Firm, PLLC received a garnishment preference refund in the amount of $2,480.01.

3. The Rollins Law Firm, PLLC has a priority administrative expense claim for attorney's fees in the amount of $4,600.00, less $272.00 already paid, and less $2,480.01 to be disbursed pursuant to this Motion, leaving a remaining balance of $1,847.99.

4. Thomas C. Rollins, Jr. requests that he be authorized to apply the $2,480.01 currently held in trust toward the outstanding balance of the priority administrative expense claim for no-look attorney's fees.

5. The Rollins Law Firm, PLLC should amend the plan to reflect the change in attorney's fees.

WHEREFORE, Debtor prays that an order directing the disbursement of funds be entered and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case.  The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)