**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Dearius Dashad Hall, Debtor**                    **Case No. 26-00380-KMS**
                                                                                          **CHAPTER 13**

## ORDER

ON THIS DATE the Court considered the Motion to Disburse Funds (dk # __) and no objection to the motion was timely filed by any party. It is therefore,

**ORDERED** and **ADJUDGED** that Thomas C. Rollins, Jr. is authorized to apply the $2,480.01 currently held in trust toward the outstanding balance of the priority administrative expense claim for no-look attorney's fees. The Rollins Law Firm, PLLC shall amend the plan to reflect the change in attorney's fees.

#END OF ORDER#

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTORS