**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Dearius Dashad Hall, Debtor**                          **Case No. 26-00380-KMS**
                                                                          **CHAPTER 13**

**NOTICE**

Thomas C. Rollins, Jr., attorney for the debtor has filed papers with the court to disburse funds.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must file with the court a written request for a hearing at:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran United States Courthouse
501 E. Court St., Suite 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion.

Date: April 2, 2026              Signature:   /s/ Thomas C. Rollins, Jr.
                                              Thomas C. Rollins, Jr. (MSBN 103469)
                                              The Rollins Law Firm, PLLC
                                              P.O. Box 13767
                                              Jackson, MS 39236 601-500-5533
                                              trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Dearius Dashad Hall, Debtor              Case No. 26-00380-KMS
                                                                    CHAPTER 13

## MOTION TO DISBURSE FUNDS

COMES NOW, Thomas C. Rollins, Jr., and moves this Court to direct the disbursement of funds, and in support thereof, would show the Court as follows:

1. Debtor commenced this case by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. The Rollins Law Firm, PLLC received a garnishment preference refund in the amount of $2,480.01.

3. The Rollins Law Firm, PLLC has a priority administrative expense claim for attorney's fees in the amount of $4,600.00, less $272.00 already paid, and less $2,480.01 to be disbursed pursuant to this Motion, leaving a remaining balance of $1,847.99.

4. Thomas C. Rollins, Jr. requests that he be authorized to apply the $2,480.01 currently held in trust toward the outstanding balance of the priority administrative expense claim for no-look attorney's fees.

5. The Rollins Law Firm, PLLC should amend the plan to reflect the change in attorney's fees.

WHEREFORE, Debtor prays that an order directing the disbursement of funds be entered and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case.  The date of said notice is reflected on the Docket.

<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr. (MSBN 103469)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

DEARIUS DASHAD HALL

CASE NO: 26-00380-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 4/2/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Disburse

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/2/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

DEARIUS DASHAD HALL

CASE NO: 26-00380-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 4/2/2026, a copy of the following documents, described below,

Notice and Motion to Disburse

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/2/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-00380-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
THU APR 2 10-53-30 PST 2026

KEESLER FEDERAL CREDIT UNION
PO BOX 7001
BILOXI  MS 39534-7001

EXCLUDE

(D)KEESLER FEDERAL CREDIT UNION
PO BOX 7001
BILOXI  MS 39534-7001

EXCLUDE

US BANKRUPTCY COURT
THAD COCHRAN US COURTHOUSE
501 E COURT STREET
SUITE 2300
JACKSON  MS 39201-5036

(P)21ST MORTGAGE CORPORATION
PO BOX 477
KNOXVILLE TN 37901-0477

ABILITY RECOVERY
ATTN BANKRUPTCY
284 MAIN ST
DUPONT  PA 18641-1960

AFTERPAY
222 KEARNY ST 600
SAN FRANCISCO  CA 94108-4509

AMERICAN CREDIT
ATTN BANKRUPTCY
961 E MAIN ST  FL 2
SPARTANBURG   SC 29302-2185

AMERICAN CREDIT ACCEPTANCE
961 EAST MAIN STREET
SPARTANBURG  SC 29302-2149

CHIME
ATTN BANKRUPTCY
101 CALIFORNIA ST
STE 500
SAN FRANCISCO  CA 94111-3580

DEBT RECOVERY SOLUTION
ATTN BANKRUPTCY
6800 JERICHO TURNPIKE
STE 113E
SYOSSET  NY 11791-4401

FLEX SHOPPER
2700 N MILITARY TRAIL
STE 200
BOCA RATON  FL 33431-6394

I C SYSTEM
ATTN BANKRUPTCY
PO BOX 64378
ST PAUL  MN 55164-0378

IRA BURNETT
5330 N STATE ST
LOT 118
JACKSON  MS 39206-3458

KEESLER FEDERAL
ATTEN BANKRUPTCY
PO BOX 7001
BILOXI  MS 39534-7001

KEESLER FEDERAL CREDIT UNION
ATTN  BANKRUPTCY DEPT
PO BOX 7001
BILOXI  MS 39534-7001

(P)KLARNA INC
ATTN BANKRUPTCY
PO BOX 8116
COLUMBUS OH 43201-0116

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE  SC 29602-1269

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

MARS COLLECTION
ATTN BANKRUPTCY
10830 EAST 45TH ST
STE 400
TULSA  OK 74146-3811

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON  MS 39225-2808

MIDLAND CREDIT MANAGEMENT  INC
PO BOX 2037
WARREN  MI 48090-2037

MIDLAND CREDIT MGMT
ATTN BANKRUPTCY
PO BOX 939069
SAN DIEGO  CA 92193-9069

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

EXCLUDE

(P)PERPAY INC
ATTN CONOR HORAN
2400 MARKET STREET SUITE 300
PHILADELPHIA PA 19103-3033

(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

(P)SELF INC
PO BOX 11
SOUTHLAKE TX 76092-0011

STEVEN PETERS
826 A WINDSOR DR NE
MAGEE  MS 39111-3315

SUNRISE CREDIT SERVICE
ATTN BANKRUPTCY
PO BOX 9004
MELVILLE  NY 11747-9004

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

VERIZON WIRELESS
POBOX 408
NEWARK  NJ 07101-0408

EXCLUDE

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

DEBTOR

DEARIUS DASHAD HALL
826 A WINDSOR DR NE
MAGEE  MS 39111-3315

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767