_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 7, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Dearius Dashad Hall, Debtor                    Case No. 26-00380-KMS
                                                                              CHAPTER 13

### ORDER DISALLOWING PROOF OF CLAIM # 2 AS FILED BY KEESLER FEDERAL CREDIT UNION

THIS CAUSE having come on this date on the Debtor's Objection to Proof of Claim # 2 as Filed by Keesler Federal Credit Union (DK #16 ), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Objection to Proof of Claim # 2 as filed by Keesler Federal Credit Union is granted, and further, Proof of Claim # 2 is hereby disallowed as filed.

###END OF ORDER###

Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com