United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                      Case No. 26-00380-KMS

Dearius Dashad Hall                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 13, 2026 | Form ID: n031 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dearius Dashad Hall, 826 A Windsor Dr NE, Magee, MS 39111-3315 |
| 5623870 | + | Ira Burnett, 5330 N State St, Lot 118, Jackson, MS 39206-3458 |
| 5623874 | + | M.A.R.S. Collection, Attn: Bankruptcy, 10830 East 45th St, Ste 400, Tulsa, OK 74146-3811 |
| 5649013 | + | M.A.R.S., Inc. (Trace Apartments), M.A.R.S., Inc., PO Box 470910, Tulsa OK 74147-0910 |
| 5623880 | + | Steven Peters, 826 A Windsor Dr NE, Magee, MS 39111-3315 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ebn@21stmortgage.com | Apr 13 2026 19:36:00 | 21st Mortgage Corporation, PO Box 477, Knoxville, TN 37901 |
| cr | + | Email/Text: melissa.martin@kfcu.org | Apr 13 2026 19:36:00 | Keesler Federal Credit Union, PO Box 7001, Biloxi, MS 39534-7001 |
| 5623862 | | Email/Text: ebn@21stmortgage.com | Apr 13 2026 19:36:00 | 21st Mortgage Corporation, Attn: Bankruptcy, P.O. Box 477, Knoxville, TN 37901 |
| 5623863 | + | Email/Text: mnapoletano@ars-llc.biz | Apr 13 2026 19:36:00 | Ability Recovery, Attn: Bankruptcy, 284 Main St, Dupont, PA 18641-1960 |
| 5623864 | ^ | MEBN | Apr 13 2026 19:32:02 | Afterpay, 222 Kearny St #600, San Francisco, CA 94108-4509 |
| 5623865 | + | Email/Text: bankruptcy@acacceptance.com | Apr 13 2026 19:36:00 | American Credit, Attn: Bankruptcy, 961 E Main St, Fl 2, Spartanburg,, SC 29302-2185 |
| 5625630 | + | Email/Text: bankruptcy@acacceptance.com | Apr 13 2026 19:36:00 | American Credit Acceptance, 961 East Main Street, Spartanburg, SC 29302-2149 |
| 5623866 | + | Email/Text: omx-bnc-bk-notices@chime.com | Apr 13 2026 19:36:00 | Chime, Attn: Bankruptcy, 101 California St, Ste 500, San Francisco, CA 94111-3580 |
| 5623867 | ^ | MEBN | Apr 13 2026 19:32:03 | Debt Recovery Solution, Attn: Bankruptcy, 6800 Jericho Turnpike, Ste 113e, Syosset, NY 11791-4401 |
| 5623868 | + | Email/Text: bankruptcy@flexshopper.com | Apr 13 2026 19:36:00 | Flex Shopper, 2700 N Military Trail, Ste 200, Boca Raton, FL 33431-6394 |
| 5623869 | + | Email/Text: Bankruptcy@ICSystem.com | Apr 13 2026 19:36:00 | I C System, Attn: Bankruptcy, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 5623872 | | Email/Text: customerservice.us@klarna.com | Apr 13 2026 19:36:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5623871 | + | Email/Text: melissa.martin@kfcu.org | Apr 13 2026 19:36:00 | Keesler Federal, Atten: Bankruptcy, P.O. Box 7001, Biloxi, MS 39534-7001 |
| 5638885 | + | Email/Text: melissa.martin@kfcu.org | Apr 13 2026 19:36:00 | Keesler Federal Credit Union, ATTN: Bankruptcy Dept., PO Box 7001, Biloxi, MS 39534-7001 |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
| Date Rcvd: Apr 13, 2026 | Form ID: n031 | Total Noticed: 32 |

| | | | |
|---|---|---|---|
| 5623873 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 13 2026 19:40:33 | LVNV Funding LLC, Po Box 1269, Greenville, SC 29602-1269 |
| 5635197 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 13 2026 19:40:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5623876 | Email/Text: BANKRUPTCY@DOR.MS.GOV | Apr 13 2026 19:36:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5645814 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 13 2026 19:36:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5623875 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 13 2026 19:36:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5648468 | Email/Text: BANKRUPTCY@DOR.MS.GOV | Apr 13 2026 19:36:00 | Mississippi Department of Revenue, P.O. Box 22808, Jackson, MS 39225-2808 |
| 5623877 | Email/Text: bankruptcy@perpay.com | Apr 13 2026 19:36:00 | Perpay, 2400 Market St, Ste 300, Philadelphia, PA 19103 |
| 5642839 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 13 2026 19:40:33 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5623878 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 13 2026 19:40:33 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5623879 | Email/Text: bankruptcy@self.inc | Apr 13 2026 19:36:00 | Self Financial, Po Box 11, Southlake, TX 76092 |
| 5623881 | + Email/Text: bankruptcy@sunrisecreditservices.com | Apr 13 2026 19:36:00 | Sunrise Credit Service, Attn: Bankruptcy, Po Box 9004, Melville, NY 11747-9004 |
| 5649406 | + Email/PDF: ebn_ais@aisinfo.com | Apr 13 2026 19:40:39 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5623882 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 13 2026 19:35:00 | Verizon Wireless, P.O.Box 408, Newark, NJ 07101-0408 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Keesler Federal Credit Union, P.O. Box 7001, Biloxi, MS 39534-7001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:**

District/off: 0538-3                    User: mssbad                         Page 3 of 3
Date Rcvd: Apr 13, 2026                 Form ID: n031                        Total Noticed: 32

**Name**                        **Email Address**

David Rawlings

                                ecfnotices@rawlings13.net  sduncan@rawlings13.net

Thomas Carl Rollins, Jr

                                on behalf of Debtor Dearius Dashad Hall trollins@therollinsfirm.com
                                jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                                nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

                                USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:**  26−00380−KMS
**Chapter:**  13

**In re:**

Dearius Dashad Hall
826 A Windsor Dr NE
Magee, MS 39111

Notice of Entry of Order Confirming Plan

The Court entered an Order on April 13, 2026 (Dkt. # 27 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: April 13, 2026

Danny L. Miller, Clerk of Court