_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 22, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                           CHAPTER 13 PROCEEDING:

  DEARIUS DASHAD HALL                                    26-00380 KMS
  826 A Windsor Dr NE
  Magee, MS  39111                                            SSN:  XXX-XX-3707

### <u>RELEASE OF WAGES</u>

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

    S&B TRUCKING
    ATTN:  PAYROLL DEPT
    175 CONCOURSE DR
    PEARL, MS  39208

was required to pay debtor's earnings or a portion thereof to:

    DAVID RAWLINGS, TRUSTEE
    LOCK P.O. BOX 871
    HATTIESBURG, MS  39403
    (601) 582-5011

<u>IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.</u>

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net